Argued June 26, affirmed June 26, petition for rehearing denied July 25, petition for review denied October 17, 1972

STATE OF OREGON, *Respondent, v.* ANDREW BIGGS BARKER, JR. (No. 71 4439), *Appellant.*

497 P2d 1216

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the briefs was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the briefs were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.